IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

V.  CRIMINAL ACTION NO.: 2:09CR106-SA

WILLIAM MICHAEL WARD  DEFENDANT

ORDER ON MOTION

Defendant Michael Ward seeks to terminate his supervised release after only one year of supervision.[1] Ward claims his post-incarceration behavior has shown him to be responsible such that pursuant to 18 U.S.C. § 3553(a), the Court should exercise its discretion and terminate his supervised release.

A court may "terminate a term of supervised release and discharge the defendant released at any time after the expiration of one year of supervised release . . . if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice" after consideration of the factors in 18 U.S.C. Section 3553. The Fifth Circuit recognizes the broad discretion accorded district courts in evaluating whether to terminate a term of supervised release. *United States v. Jeanes*, 150 F.3d 483, 484 (5th Cir.1998). But "[c]ourts have generally held that something more than compliance with the terms of [supervised release] is required to justify early termination; early termination is usually granted only in cases involving changed circumstances, such as exceptionally good behavior." *United States v. Smith*, No. 3:10cr53, 2014 WL 68796, at *1 (S.D. Miss. Jan. 8, 2014). Compliance with the terms of his supervised release is not, however, sufficient to justify its early termination. *See United States v. Medina*, 17 F. Supp. 2d 245 (S.D.N.Y. 1998) ( "[I]f it were, the exception would swallow the rule.").

---

[1] Ward was sentenced to a term of six years supervised release [88].

The Court finds that the Defendant has not demonstrated eligibility for termination of his supervised release at this time. He may, however, be eligible for consideration at a later time, provided the Probation Office deems him a worthy candidate for early termination.

Accordingly, the Motion for Early Termination of Supervised Release [142] is DENIED.

SO ORDERED, this the 5th day of July, 2017.

                                                        **/s/ Sharion Aycock**
                                                        **U.S. DISTRICT JUDGE**